# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

HEICO FASTENERS, INC.

|  |  |
|---|---|
| *Plaintiff,* | ) |
| **v.** | ) |
|  | ) |
| REACTION WASHER COMPANY, LLC, MATRIX | ) |
| EXTREME PRODUCTS, LLC, AND PRIMESOURCE | ) |
| CONSULTING, LLC | ) |
|  | ) |
|  | ) |
| *Defendants.* |  |

**Civil Action No.** 5:26-cv-00005-MEO-DCK

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
REACTION WASHER COMPANY, LLC
14523 S. Palo Alto Dr.
Herriman, UT 84096

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

J. Mark Wilson
MOORE & VAN ALLEN PLLC
100 N. Tryon St., Ste. 4700
Charlotte, NC 28202
markwilson@mvalaw.com; (704) 331-1177

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date __01/13/2026__

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 5:26-cv-00005-MEO-DCK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑       **I personally served the summons on the defendant at**
        *(place)*_____
        **on** *(date)* _____; or

❑       **I left the summons at the individual's residence or usual place of abode with** *(name)*
        _____, **a person of suitable age and discretion who**
        **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
        **known address; or**

❑       **I served the summons on** *(name of individual)* _____,
        **who is designated by law to accept service of process on behalf of** *(name of organization)*
        _____ **on** *(date)* _____; or

❑       **I returned the summons unexecuted because** _____; or

❑       **Other** *(specify)***:**
        _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                **Server's signature**

                                                        _____
                                                                **Printed name and title**

                                                        _____
                                                                **Server's address**

**Additional information regarding attempted service, etc:**